

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM**, Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' briefs were originally due September 9, 2021. We granted appellants' first motion for extension of time, extending the deadline for filing the briefs to September 21, 2021. On September 16, 2021, appellants filed an opposed motion requesting an additional extension of time to file the briefs until October 13, 2021, for a total extension of 34 days. After consideration, we **GRANT** the motion and **ORDER** appellants to file their briefs by October 13, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court